IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ERICA A. SERINE, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MARSHALL, DENNEHEY, WARNER, | : | |
| COLEMAN & GOGGIN, and | : | |
| CHRISTOPHER E. DOUGHERTY, ESQ., | : | |
| Defendants. | : | No. 14-4868 |
| | : | |

## ORDER

AND NOW, this **25th** day of **February**, **2015**, on consideration of Defendants' Motion to Dismiss (Document No. 5), and Plaintiff's response thereto, and for the reasons provided in this Court's Memorandum dated February 25, 2015, it is hereby **ORDERED** that:

1. The motion is **GRANTED** in part and **DENIED** in part.

2. The Court dismisses Count V with prejudice and dismisses Defendant Christopher E. Dougherty from the case.

3. The Court denies Defendants' motion to dismiss Counts I, II, III, and IV.

BY THE COURT:

_____
**Berle M. Schiller, J.**