IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ERICA A. SERINE, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MARSHALL, DENNEHEY, WARNER, | : | |
| COLEMAN & GOGGIN, and | : | |
| CHRISTOPHER E. DOUGHERTY, ESQ., | : | |
| Defendants. | : | No. 14-4868 |
| | : | |

## ORDER

**AND NOW**, this **5ᵗʰ** day of **August**, **2015**, on consideration of Defendant's Motion to Compel Arbitration (Document No. 12), and all responses thereto, and for the reasons provided in this Court's Memorandum dated August 5, 2015, it is hereby **ORDERED** that:

1. The motion (Document No. 12) is **GRANTED**.

2. This case is **STAYED** pending the outcome of arbitration.

BY THE COURT:

_____
**Berle M. Schiller, J.**